# UAB Self Service Applications
Navigator | Favorites | Home | Logout | Help

## Payslip

### Pay Information

| | |
|---|---|
| Employee Name | Williams, Cynthia |
| Organization Email Address | cwill@uab.edu |
| Employee Number | 1020482 |
| Business Group | 1111111A UAB |

**Choose a Payslip** 27-DEC-2019 - 1020482-2 - Check 1 ▼ **Go**

**From Date** ___ (example: 27-Jan-2020)  **To Date** ___ (example: 27-Jan-2020)  **Search**

| | |
|---|---|
| Employee Number | 1020482 |
| Employee Address | 5673 Cheryl Drive |
| | Pinson |
| | AL |
| | 35126 |
| Organization | 7095000000 Trauma Services |
| Employer BIN | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Calendar Month | 27-Dec-2019 | 01-Dec-2019 | 31-Dec-2019 | 5418.75 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5435.35 | 531.92 | 891.06 | 161.38 | 3834.39 |
| YTD | 80203.48 | 7510.66 | 16139.91 | 1149.85 | 55259.80 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Duties | | | | 0.00 | | 13883.82 |
| **Excess Ins | | | | 16.60 | | 143.26 |
| UAB Reg Salary | | | | 5418.75 | | 64600.00 |
| Supplemental RE | | | | 0.00 | | 1576.40 |

### Pre-Tax Deductions

Taxes
https://admin.it.uab.edu/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&OAFunc=PAY_PAYSLIP_SS&pCalledFrom=PAY_PAYSLIP_SS&_ri=801&pGoAction=Y&_ti=1911670148&retainAM=Y&addBre… 1/2

## Description

| Description | Current | YTD |
|---|---|---|
| *TRS | 406.41 | 6004.54 |
| *Medical Plan | 76.00 | 912.00 |
| *Dental Plan | 35.74 | 428.88 |
| *Vision Plan | 13.77 | 165.24 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Hospital Uniform | 78.42 | 156.86 |
| Ben Fund | 31.56 | 376.19 |
| Vol Ins ADD | 1.40 | 16.80 |
| BlazerBucks | 50.00 | 600.00 |

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 198.24 | 5982.57 |
| Social Security | 329.22 | 4879.24 |
| Medicare | 77.00 | 1141.12 |
| AL State Tax | 233.50 | 3350.01 |
| Birmingham | 53.10 | 786.97 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 8 | | 0.00 | 0.00 | 0 |
| Alabama | "S" Claiming $1500 Exemption | 2 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 102940625 | BBVA Compass | C | XXXXXX1506 | 100.00 |
| 102940625 | Citizens Trust | C | XXXXXX6595 | 3684.39 |
| 102940625 | The Bancorp Bank | C | XXXXXXXX9164 | 50.00 |

## TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

No results found.

Home   Logout   Help

Privacy Statement   Copyright (c) 2006, Oracle. All rights reserved.

https://admin.it.uab.edu/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&OAFunc=PAY_PAYSLIP_SS&pCalledFrom=PAY_PAYSLIP_SS&_ri=801&pGoAction=Y&_ti=1911670148&retainAM=Y&addBre...   2/2

# UAB UAB Self Service Applications

## Payslip

### Pay Information

| | |
|---|---|
| Employee Name | **Williams, Cynthia** |
| Organization Email Address | cwill@uab.edu |
| Employee Number | **1020482** |
| Business Group | **111111A UAB** |

**From Date** _____ (example: 27-Jan-2020)  **To Date** _____ (example: 27-Jan-2020)  [Search]

**Choose a Payslip** [ 31-JAN-2020 - 1020482-2 - Check 1 ▼ ]  [Go]

| | |
|---|---|
| Employee Number | 1020482 |
| Employee | Cynthia D. Williams |
| Employee Address | 5673 Cheryl Drive<br>Pinson<br>AL<br>35126 |
| Organization | 709500000 Trauma Services |
| Employer BIN | |

### Pay Period and Salary

#### Pay Period

| Calendar Month | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| | 31-Jan-2020 | 01-Jan-2020 | 31-Jan-2020 | 5527.13 |

### Summary

#### Current or YTD

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 7308.77 | 672.40 | 1796.17 | 88.67 | 4734.69 |
| YTD | 7308.77 | 672.40 | 1796.17 | 88.67 | 4734.69 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Duties | | | | 999.90 | | 999.90 |
| **Excess Ins | | | | 16.84 | | 16.84 |
| UAB Reg Salary | | | | 5527.13 | | 5527.13 |
| Additional Duties RE | | | | 764.90 | | 764.90 |

### Pre-Tax Deductions

### Taxes

Payslip

### After-Tax Deductions

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| *TRS | 546.89 | 546.89 | Federal Tax | 881.83 | 881.83 |
| *Medical Plan | 76.00 | 76.00 | Social Security | 445.36 | 445.36 |
| *Dental Plan | 35.74 | 35.74 | Medicare | 104.16 | 104.16 |
| *Vision Plan | 13.77 | 13.77 | AL State Tax | 292.99 | 292.99 |
| | | | Birmingham | 71.83 | 71.83 |

### Tax Withholding Information

| Description | Current | YTD |
|---|---|---|
| Vol Accident Plan | 5.08 | 5.08 |
| Vol Ins ADD | 1.40 | 1.40 |
| Ben Fund | 32.19 | 32.19 |
| BlazerBucks | 50.00 | 50.00 |

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Alabama | "S" Claiming $1500 Exemption | 2 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 103998545 | Citizens Trust | C | XXXXXX6595 | 4584.69 |
| 103998545 | The Bancorp Bank | C | XXXXXXXX9164 | 50.00 |
| 103998545 | BBVA Compass | C | XXXXX1506 | 100.00 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

No results found.

https://admin.it.uab.edu/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&OAFunc=PAY_PAYSLIP_SS&pCalledFrom=PAY_PAYSLIP_SS&_ri=801&pGoAction=Y&_ti=1911670148&retainAM=Y&addBre... 2/2

Privacy Statement   Home   Logout   Help   Copyright (c) 2006, Oracle. All rights reserved.

Case 20-00943-DSC7    Doc 4    Filed 03/07/20    Entered 03/07/20 10:14:21    Desc Main
Document    Page 4 of 6



### Payslip

| | | | |
|---|---|---|---|
| Employee Name | Williams, Cynthia | Employee Number | 1020482 |
| Organization Email Address | cwill@uab.edu | Business Group | 11111111A UAB |

**Pay Information**

 

From Date [ ] (example: 20-Feb-2020)  To Date [ ] (example: 20-Feb-2020)  [Search]

Choose a Payslip [ 28-FEB-2020 - 1020482-2 - Check 1 ▼ ] [Go]

| | | | |
|---|---|---|---|
| Employee Number | 1020482 | Organization | 709500000 Trauma Services |
| Employee | Cynthia D. Williams | Employer BIN | |
| Employee Address | 5673 Cheryl Drive Pinson AL 35126 | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Calendar Month | 28-Feb-2020 | 01-Feb-2020 | 29-Feb-2020 | 5527.13 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 6808.87 | 634.91 | 1631.29 | 88.67 | 4437.16 |
| YTD | 14117.64 | 1307.31 | 3427.46 | 177.34 | 9171.85 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Duties | | | | 1264.90 | | 2264.80 |
| **Excess Ins | | | | 16.84 | | 33.68 |
| UAB Reg Salary | | | | 5527.13 | | 11054.26 |
| Additional Duties RE | | | | 0.00 | | 764.90 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| *TRS | 509.40 | 1056.29 |
| *Medical Plan | 76.00 | 152.00 |
| *Dental Plan | 35.74 | 71.48 |
| *Vision Plan | 13.77 | 27.54 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 780.10 | 1661.93 |
| Social Security | 414.37 | 859.73 |
| Medicare | 96.91 | 201.07 |
| AL State Tax | 273.08 | 566.07 |
| Birmingham | 66.83 | 138.66 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Vol Accident Plan | 5.08 | 10.16 |
| Ben Fund | 32.19 | 64.38 |
| Vol Ins ADD | 1.40 | 2.80 |
| BlazerBucks | 50.00 | 100.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Alabama | "S" Claiming $1500 Exemption | 2 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 1046706024 | Regions Bank | C | XXXXXX7670 | 3937.16 |
| 1046706024 | Citizens Trust | C | XXXXXX6595 | 100.00 |
| 1046706024 | The Bancorp Bank | C | XXXXXXXX9164 | 300.00 |
| 1046706024 | BBVA Compass | C | XXXXXX1506 | 100.00 |

## TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |